# CRIMINAL MINUTES

| | |
|---|---|
| DATE: *May 7, 2010* | JUDGE: Messitte |
| TIME: *10:50-11:25 (0/40)* | REPORTER/FTR/CTRM: Marshall (4C) |
| AUSA: *Stacy Belf* | CRD: Peterson |
| DFT'S ATTY: *Julie Johnson, AFPD* | Case Agent: Dave Gorrell |

UNITED STATES OF AMERICA v. **LAMONT JOHNSON**

☐ Released on Conditions/PR        X Detained/Remanded to USMS

DFDT'S AGE: 36         DATE OF BIRTH: ____

CRIMINAL NO. PJM-09-0588        NO. OF COUNTS: *1*

☐ Initial Appearance           X *Indictment*
☐ *A*rraignment                  ☐ Superseding Indictment
[X] *Rearraignment*               ☐ Information
☐ Sentencing                     ☐ Superseding Information
☐ Sentencing Hearing             ☐ Motions Hearing
☐ Violation of Probation         ☐ Pretrial Conference
☐ Violation of Supervised Release   ☐ WAIVER ____
☐ Detention Hearing              ☐ Other ____
☐ Appeal of Magistrate Judge's Decision See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s) ____

***Defendant rearraigned and plead GUILTY as to Count(s)  1 of the Indictment , NOT GUILTY as to Count(s)  -----  which was accepted by the Court.***

☐ Defendant found not to be in violation of supervised release.

Sentencing Date: *set for July 27, 2010 @9:30 a.m.*

*Remarks:* ____

Oral Motion of AUSA in open court to DISMISS Count(s) ____ which was accepted by the Court.

☐ Defendant advised of Right of Appeal.
[X] *Imposition of Sentence Suspended pending PSI.*
☐ ____ Days for Motions. Motion to be filed by ____
☐ Trial-Bench/Jury ____ day(s). Trial week of ____
☐ Pretrial Officer ____        Probation Officer: J. Taberski
[X] *Minute entries docketed.*

# CRIMINAL MINUTES - Page 2

CASE NO.:  *PJM-09-0588*

| Government Witness(es): | Defendant(s) Witness(es): |
|---|---|
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |
| 4. _____ | 4. _____ |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |