UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO: Leah Jo Bressack, Esquire
Office of the United States Attorney

Parish Patel, Esquire
Federal Public Defender for the District of Maryland

FROM: Judge Peter J. Messitte

RE: U.S.A. v. Lamont Luther Johnson
Criminal No. PJM 09-0588 (related to Civil No. PJM 14-3835)

DATE: December 9, 2014

******

On December 9, 2014, the Court received Defendant Johnson's Emergency Motion to Vacate under 28 U.S.C. § 2255 [Dkt. No. 58]. In the letter, Defendant Johnson moves to vacate his federal sentence, and asks the Court to re-sentence him without application of the Armed Career Criminal Act enhancement.

The Court observes that under Defendant Johnson's calculations of a revised Guidelines range, Defendant Johnson would have a sentencing range of 51 to 63 months imprisonment, based upon an offense level of 22 and a criminal history category of III. Defendant Johnson represents that he has already been incarcerated beyond 63 months. Accordingly, the Court asks that Probation and the Government provide its position regarding Defendant's request as soon as possible.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File
Counsel of Record