=======================================================
# UNITED STATES DISTRICT COURT
-----------------DISTRICT OF MARYLAND-----------------

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| v.  * | Case No.:  PJM-09-588 |
| **LAMONT LUTHER JOHNSON** * | |

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel in the case for Lamont Luther Johnson.  I certify that I am admitted to practice in this Court.


                                       JAMES WYDA
                                       Federal Public Defender


February 20, 2018

                                      /s/
                             JULIE L.B. STELZIG, (#27746)
                             Assistant Federal Public Defender
                             Federal Public Defender's Office
                             6411 Ivy Lane, Suite 710
                             Greenbelt, Maryland  20770-1405
                             (301) 344-0600
                             Fax No. (301) 344-0019
                             E-mail: Julie_Stelzig@fd.org