**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. PJM-09-588** |
| | : | |
| | : | |
| **LAMONT LUTHER JOHNSON** | : | |

...oooOooo...

**LINE**

Madam Clerk:

Please enter the appearance of Jennifer R. Sykes as counsel for the government for all purposes in the above-captioned case, and withdraw the appearance of Leah Bressack as counsel for the government, and remove from any future CM/ECF notifications.

                                        Respectfully submitted,

                                        Stephen M. Schenning
                                        Acting United States Attorney

                      By:      /s/
                                        Jennifer R. Sykes
                                        Assistant United States Attorney
                                        United States Attorney's Office of Maryland
                                        6500 Cherrywood Lane, Suite 200
                                        Greenbelt, Maryland 20770
                                        (301) 344-4433