IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.   PJM-09-588 |
| | * | |
| LAMONT LUTHER JOHNSON | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

**ENTRY OF APPEARANCE**

MADAM CLERK:

Please enter my appearance in this case as co-counsel for the United States of America.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney


By: _____/s/_____
Chimaobim Nwachukwu
Special Assistant United States Attorney